UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEOFFREY MYERS,

                Plaintiff,

-vs-                                                Case No. 13-cv-240-FtM-99SPC

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,

                Defendant.

_____

## ERISA CASE ORDER

This case came on for a Preliminary Pretrial Conference on May 16, 2013. At the hearing, the Court discussed the expected progress of this case.

This action is designated a **Track One** case. Track One cases are referred to the assigned Magistrate Judge for management and the entry of a Report and Recommendation. It is

**ORDERED** that, the following deadlines shall be applicable:

| | |
|---|---|
| Submission by Defendant of the Administrative Record for review. Counsel shall indicate which pages of the record contain language which would indicate the appropriate standard of review. | JULY 1, 2013<br><br>The record may be filed with the Clerk's Office in paper format. |
| Determination by the parties of the applicable standard of review. This may be done either by stipulation if the parties are in agreement, or by notice to the Court if there is a disagreement. | JULY 31, 2013 |

| | |
|---|---|
| Plaintiff's Motion and Memorandum of Law, Defendant's Cross Motion and Memorandum of Law | SEPTEMBER 29, 2013 |
| Defendant's Responsive Memorandum of Law, Plaintiff's Responsive Memorandum of Law | OCTOBER 29, 2013 |

The case will thereafter be taken under advisement.

**DONE AND ORDERED** at Fort Myers, Florida, this   17th    day of March, 2010.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record